IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROSALINDA MAGANA and ARTURO MAGANA-PAREDES<br><br>Plaintiff<br><br>v.<br><br>TRISMART SOLAR, LLC,<br>JUAN WINSTON CURLING<br>FRONTLINE HOME SOLUTIONS, LLC, and<br>SUNLIGHT FINANCIAL, LLC<br><br>Defendant | Civil Action No. 7:24-cv-00384 |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Timothy R. Allen, and enters his appearance as the attorney of record for TriSMART Solar, LLC in the above entitled and numbered cause. All communications from the Court or counsel regarding this case should be sent to the undersigned.

Respectfully submitted,

**TRISMART SOLAR, LLC**

 /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**
Texas Bar No. 24092028
SDTX No. 2793089
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
832-553-6304 x304
tallen@trismartsolar.com