**IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MMCALLEN DIVISION**

| | |
|---|---|
| ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRISMART SOLAR, LLC AND SUNLIGHT FINANCIAL, LLC<br>　　　　　Defendants. | CIVIL ACTION NO. 7:24-cv-384 |

**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Having considered *Plaintiffs' Motion for Voluntary Dismissal of Sunlight Financial Pursuant to F.R.C.P. 41(a)(2)*, the response(s) thereto, if any, and the record, the Court finds that said Motion should be GRANTED in all things.

It is therefore ORDERED that Sunlight Financial is dismissed from this case with prejudice.

It is so ordered.

SIGNED this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE PRESIDING