## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

ROSALINDA MAGANA

v.                                          Case Number: 7:24–cv–00384

TRISMART SOLAR LLC, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Juan F Alanis**

**PLACE:**
> Bentsen Tower
> 1701 W. Hwy. 83
> McAllen, Texas 78501

**DATE:**     5/28/2026

**TIME:**     01:15 PM

**TYPE OF PROCEEDING:**  Show Cause Hearing


Date:   May 13, 2026

Nathan Ochsner, Clerk
by N. Campos, Deputy Clerk