**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES<br><br>              Plaintiffs,<br><br>              v.<br><br>TRISMART SOLAR, LLC, et al.,<br>              Defendants. | CIVIL ACTION NO. 7:24-cv-384 |

**TRIAL WITNESS LIST OF PLAINTIFFS**

| No. | Witness Name | Witness Address |
|---|---|---|
| **1.** | **Rosalinda Magana** | c/o KGS Law |
| | Live<br><br>Fact<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Rosalinda Magana is one of the plaintiffs. She has knowledge about all aspects of liability and damages in this case. | |
| **2.** | **Arturo Magana-Paredes** | c/o KGS Law |
| | Live<br><br>Fact<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Arturo Magana-Paredes is one of the plaintiffs. He has knowledge about all aspects of liability and damages in this case. | |
| **3.** | **TriSmart Solar Corporate Representative Marlie White** | c/o TriSmart Solar, 600 Northpark Central Drive, Suite 140, Houston, Texas 77073 |

| | | |
|---|---|---|
| | Deposition<br><br>Fact<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Marlie White is one of the corporate representatives for defendant TriSmart Solar. Her testimony focuses on the sale of the solar panel system, the relationship with Juan Curling and Frontline Home Security, and TriSmart's policies and procedures related to the same. | |
| **4.** | **TriSmart Solar Corporate Representative CJ Lawrence** | c/o TriSmart Solar, 600 Northpark Central Drive, Suite 140, Houston, Texas 77073 |
| | Deposition<br><br>Fact<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>CJ Lawrence is one of the corporate representatives for defendant TriSmart Solar. His testimony focuses on the design and installation process and TriSmart's policies and procedures related to the same. | |
| **5.** | **Brandon Kinard or other attorney representative on behalf of Plaintiffs** | c/o KGS Law |
| | Live<br><br>Fact and Expert<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>This witness will provide testimony about reasonable and necessary attorney's fees. | |