**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES<br><br>               Plaintiffs,<br><br>       v.<br><br>TRISMART SOLAR, LLC, et al.,<br>               Defendants. | CIVIL ACTION NO. 7:24-cv-384 |

**TRIAL EXHIBIT LIST OF PLAINTIFFS**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | TriSmart Contract | | | | |
| 2 | Design Addendum to Contract | | | | |
| 3 | Finance Contract | | | | |
| 4 | UCC Lien | | | | |
| 5 | TriSmart Proposal | | | | |
| 6 | TriSmart Internal Notes | | | | |
| 7 | Photos – System Off | | | | |
| 8 | Energy Production Graph | | | | |
| 9 | Estimate for Removal of System | | | | |
| 10 | Energy Bills | | | | |
| 11 | Sunlight Financial Internal Notes | | | | |
| 12 | Attorney's Fee Sheet | | | | |