**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES<br>          Plaintiffs,<br><br>      v.<br><br>TRISMART SOLAR, LLC, et al.,<br>          Defendants. | CIVIL ACTION NO. 7:24-cv-384 |

**<u>JOINT PRETRIAL ORDER</u>**

**1.      Appearance of counsel**

For Plaintiffs:

KGS LAW
Brandon A. Kinard
S.D. Tex. Bar No. 2707742
Texas State Bar No. 24079744
Carlos Saldana
S.D. Tex. Bar No. 24086403
150 W. Parker Road, Suite 705-B
Houston, Texas 77076
Tel: (281) 962-7772
Fax: (281) 962-7773
Email: service@kgslawpllc.com


For Defendant TriSmart Solar, LLC

Timothy Richards Allen
600 Northpark Central Drive
Suite 140
Houston, Texas 77073
Tel: (281) 337-1435
tallen@trismartsolar.com

For Defendants Frontline Home Solutions LLC and Juan Winston Curling

Juan Winston Curling, *Pro Se*
3423 North 13th Street
Donna, Texas 78537

**2.      Statement of the case**

Plaintiffs Rosalinda Magana and Arturo Magana-Paredes submit this statement of the case. Plaintiffs sue for breach of contract, promissory estoppel, violations of the Texas Deceptive Trade Practices Act, fraud, negligent misrepresentation, the filing of a fraudulent lien, and respondeat superior and joint venture based on allegations that defendants made misrepresentations while soliciting the sale of a solar panel system to Plaintiffs. Defendants made multiple promises to Plaintiffs that were not true, including that the system would provide all energy to power their home and there would be no additional electric bill, that they would receive credits from the utility company for overproduction, and that they would receive a federal tax credit. Defendants never made the system operational. The misrepresentations occurred at and around the time that the contract was entered in November 2020.

**3.      Jurisdiction**

This case was removed to federal court by Sunlight Financial, LLC based upon federal question jurisdiction. Sunlight Financial was dismissed from this case on a voluntary motion to dismiss. *See* Doc. 14. There is no longer a federal question in this case.

**4.      Claims Remaining**

The claims remaining are Plaintiffs claims against Defendants TriSmart Solar and Frontline are the following: for breach of contract, promissory estoppel, violations of the Texas Deceptive Trade Practices Act, fraud, negligent misrepresentation, the filing of a fraudulent lien, and respondeat superior and joint venture

**5.      Motions**

None at this time. Plaintiffs request leave to file a motion for summary judgment on their claims and damages in this case. Given the posture of this case and the non-responsiveness of Trismart Solar, Frontline Home Security, and Juan Curling, Plaintiffs believe a motion for summary judgment can fully dispose of this case without the need for trial, will save the parties time and expense, and further the

interest of judicial efficiency. Plaintiffs also intend to file a motion to strike the answer of Frontline Home Solutions, as it was not signed by an attorney.

**6.      The parties' contentions**

Plaintiff contends that Defendants made multiple misrepresentations to them in order to induce them to enter a contract for the sale and installation of a rooftop solar panel system. The system did not live up to the promises made and Defendants knew or should have known that it would not. The failure of the system to live up to the promises made caused Plaintiffs damages, including economic damages, mental anguish, and reasonable and necessary attorney's fees and costs in bringing this action.

**7.      Admissions of fact**

Plaintiffs admit they executed the Trismart Solar contract on November 30, 2020.

**8.      Agreed applicable propositions of law**

There are no agreed applicable proposition of law. Counsel for Trismart Solar is non-responsive to Plaintiff's counsel. The other defendant is pro se.

**9.      Exhibits**

See Plaintiff's Exhibit List attached to this filing.

**10.     Witnesses**

See Plaintiff's Witness List attached to this filing.

**11.     Trial**

This trial will be a nonjury trial and should last 1-2 days. It is not possible for Plaintiffs to accurately predict the length of trial because they are not sure whether any of the defendants will show up at trial.

**12.     Additional required attachments**

See Plaintiff's Proposed Findings of Fact and Conclusion of Law attached to this filing.

It is SO ORDERED.

Signed this ___ of _____, 2026.

3

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

APPROVED:

**KGS LAW**

By: */s/ Brandon A. Kinard*
**Brandon A. Kinard**
State Bar No. 24079744
S.D. Tex. Bar No. 2707742
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No.  (281) 962-7773
E-Service and Correspondence Email:
service@kgslawpllc.com
ATTORNEY FOR PLAINTIFFS

4