**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES<br><br>Plaintiffs,<br><br>v.<br><br>TRISMART SOLAR, LLC, et al.,<br>Defendants. | CIVIL ACTION NO. 7:24-cv-384 |

**PLAINTIFFS′ DEPOSITION EXCERPTS**

Plaintiffs Rosalinda Magana and Arturo Magana-Paredes hereby designate the following deposition excerpts to be played at trial of this matter, while reserving the right to supplement or amend:

**Witness: Marlie White, Trismart Solar Corporate Representative**

| Begin line:page | End line:page |
|---|---|
| 4:21 | 5:2 |
| 7:17 | 8:1 |
| 9:24 | 11:6 |
| 14:11 | 14:24 |
| 16:13 | 16:25 |
| 21:14 | 24:5 |
| 25:4 | 25:13 |
| 27:23 | 29:7 |
| 29:8 | 30:6 |

1

| | |
|------|------|
| 30:7 | 31:3 |
| 31:10 | 34:6 |
| 35:16 | 37:25 |
| 38:19 | 41:7 |
| 41:19 | 42:9 |
| 48:2 | 50:2 |
| 50:8 | 50:21 |
| 52:3 | 52:12 |
| 52:16 | 54:3 |
| 54:4 | 55:6 |
| 57:18 | 57:22 |
| 57:25 | 58:7 |
| 59:17 | 62:4 |
| 62:6 | 64:9 |
| 65:8 | 65:12 |
| 65:13 | 65:21 |
| 68:17 | 70:3 |
| 70:13 | 71:14 |

**Witness: C.J. Lawrence, Trismart Solar Corporate Representative**

| Begin line:page | End line:page |
|---|---|
| 4:21 | 5:3 |
| 7:1 | 7:11 |
| 9:2 | 10:16 |
| 13:5 | 13:16 |
| 14:10 | 14:18 |

Respectfully Submitted,

**KGS LAW**

By: */s/ Brandon A. Kinard*
**Brandon A. Kinard**
State Bar No. 24079744
S.D. Tex. Bar No. 2707742
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No.  (281) 962-7773
E-Service and Correspondence Email:
service@kgslawpllc.com
ATTORNEY FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record and/or parties on May 26, 2026 pursuant to the Federal Rules of Civil Procedure:

***Via Email:*** tallen@trismartsolar.com *and* timothyallenlaw@gmail.com
Trismart Solar, LLC
Timothy Allen
600 Northpark Central Dr., Suite 140
Houston, Texas 77073
Telephone: (832)-553-6304

***Via Certified Mail:***
Juan Winston Curling
Frontline Home Solutions, LLC
205 E. Interstate 2,
Pharr, Texas 78577


***Via Certified Mail:***
Juan Winston Curling
423 N. 13th Street
Donna, Texas 78537

/s/ Brandon A. Kinard
**Brandon A. Kinard**

4