**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES<br><br>              Plaintiffs,<br><br>       v.<br><br>TRISMART SOLAR, LLC, et al.,<br>              Defendants. | CIVIL ACTION NO. 7:24-cv-384 |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs Rosalinda Magana and Arturo Magana-Paredes respectfully submit this Response to the Court's Show Cause Order (Doc. No. 15),  and show unto the Court the following:

1.     The parties in this case failed to timely file a joint pretrial order and trial documents by the April 30, 2026 deadline in the Scheduling Order. The Court set a Show Cause Hearing for May 28.

2.     The error on Plaintiffs' part was inadvertent. This deadline was not placed on Plaintiffs' counsel's calendar. During the time period in which the Scheduling Order was issued there was a transition in Plaintiffs' counsel's office in which the associate handling many day to day tasks on this case left the firm. This deadline was apparently not properly calendared and therefore was not on Plaintiffs' counsel's radar. Plaintiffs' counsel takes responsibility for the failure and apologizes to the Court and other parties for the oversight.

3.     The failure to file was not willful or in bad faith, but an inadvertent calendar error. Plaintiffs filed the proposed pretrial order the same day that it was brought to Plaintiffs attention that the deadline was missed. No prejudice accrued to any party as a result of this missed deadline.

4.     The pretrial order was filed on behalf of Plaintiffs, only, because the other parties

1

in this case have not been responsive to Plaintiffs.

5.      Plaintiffs have diligently prosecuted this suit and have served written discovery and taken the deposition of the Trismart Solar corporate representative. At the time of the deposition, counsel for Plaintiffs and Trismart discussed negotiating settlement informally or mediating the case. However, when Plaintiffs followed up on this then Trismart Solar became non-responsive to Plaintiffs. Plaintiffs now understand that is because Trismart furloughed its attorney and did not have new counsel enter an appearance.

5.      Neither Frontline nor Juan Curling participated in this case other than filing responsive pleadings. Neither have provided an email address or phone number that they can be reached at. Plaintiffs served them with documents in this case by mail. Frontline is not being represented by counsel in this case.

6.      As Plaintiffs stated in the pretrial order, Plaintiffs will move for leave to file a motion for summary judgment in this case. Neither defendant is actively participating in this matter. Summary judgment will offer a time- and cost-efficient method of disposing of this case without need for trial. Plaintiffs do not anticipate either Trismart or Frontline/Juan Curling appearing in this matter, nor do Plaintiffs have an expectation that they will collect on any judgment they obtain in this case. It does not appear as though Frontline/Juan Curling have assets sufficient to satisfy a judgment and given Trismart's apparent financial challenges there will likely be little chance of an ultimate recovery from that company either.

7.      Plaintiffs' counsel will appear at the show cause hearing on May 28 at 1:15 pm by video conference as permitted by the Court, and is prepared to proceed with prosecution of this case.

Wherefore, Plaintiffs respectfully request that the Court maintain this case on the docket

and decline dismissal of this action, and pray for all other relief to which Plaintiffs are entitled .

Respectfully Submitted,

**KGS LAW**

By: */s/ Brandon A. Kinard*
**Brandon A. Kinard**
State Bar No. 24079744
S.D. Tex. Bar No. 2707742
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No.  (281) 962-7773
E-Service and Correspondence Email:
service@kgslawpllc.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record and/or parties on May 27, 2026 pursuant to the Federal Rules of Civil Procedure:

*Via Email: tallen@trismartsolar.com and timothyallenlaw@gmail.com*
Trismart Solar, LLC
Timothy Allen
600 Northpark Central Dr., Suite 140
Houston, Texas 77073
Telephone: (832)-553-6304

| *Via Certified Mail:* | *Via Certified Mail:* |
|---|---|
| Juan Winston Curling | Juan Winston Curling |
| Frontline Home Solutions, LLC | 423 N. 13th Street |
| 205 E. Interstate 2, | Donna, Texas 78537 |
| Pharr, Texas 78577 | |

/s/ Brandon A. Kinard
**Brandon A. Kinard**