**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| Rosalinda Magana and Arturo Magana-Paredes §§§§ *Plaintiffs*, | |
| v. § | Civil Action No. 7:24-cv-00384 |
| § | |
| TriSMART Solar, LLC, Juan Winston Curling, Frontline Home Solutions, LLC, and Sunlight Financial, LLC §§§§§ *Defendants* § | |

**TRISMART'S RESPONSE TO SHOW CAUSE ORDER**

Defendant TriSMART Solar, LLC respectfully submits this Response to the Court's Show Cause Order (Doc. No. 15), and would show as follows:

1.      The error on Defendant's part was inadvertent. In December of 2025, TriSMART Solar implemented a furlough of its staff, including the undersigned counsel and the non-attorney staff of the legal department. As part of the furlough, access to the department's file server and calendars was disabled.

2.      When counsel was brought back on a limited, part-time basis several months later, this deadline was inadvertently missed during a review of pending matters in active cases.

3.      As Plaintiffs state in their Response (Doc. No. 23), no prejudice has accrued to any party as a result of the missed deadline.

4.      Because of the furlough, counsel has had to obtain a new job, and will be filing a motion to withdraw as counsel. Counsel has alerted TriSMART of this need to withdraw, and TriSMART has not objected to the withdrawal.

5.      Plaintiff's proposal to move for leave to file a motion for summary judgment will allow TriSMART the opportunity to obtain new counsel and determine how to respond, without prejudicing any party.

6.      The undersigned counsel will attempt to appear at the show cause hearing on May 28 at 1:15 by video conference.[1]

Wherefore, Defendant respectfully requests that the Court find there was good cause for the parties to have missed the Pretrial Order deadline.

Respectfully submitted,

  /s/ *Timothy R. Allen*  
**TIMOTHY R. ALLEN**  
Texas Bar No. 24092028  
5213 Blossom St.  
Houston, TX 77007  
512-577-9048  
timothyallenlaw@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record and/or *pro se* parties pursuant to the Federal Rules of Civil Procedure 5(b)(2) on May 28, 2026.

  /s/ *Timothy R. Allen*  
**TIMOTHY R. ALLEN**

---

[1] A family member of counsel has surgery on May 28, and counsel will be at the hospital with them. If counsel is unable to attend the hearing because of this, counsel will advise Mr. Kinard ahead of the hearing by email.