**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA AND**<br>**ARTURO MAGANA-PAREDES** | §<br>§<br>§ | |
| **V.** | §<br>§ | **CIVIL ACTION 7:24-CV-00384** |
| **TRISMART SOLAR, LLC,**<br>**JUAN WINSTON CURLING,**<br>**FRONTLINE HOME SOLUTIONS LLC, and**<br>**SUNLIGHT FINANCIAL, LLC** | §<br>§<br>§<br>§<br>§ | |

## NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants **JUAN W. CURLING and FRONTLINE HOME SOLUTIONS, LLC** and hereby designate CHRIS C. FRANZ of PERALEZ FRANZ LLP, as lead counsel and attorney in charge in the above-entitled and numbered cause.

Respectfully submitted,

_____
CHRIS FRANZ
ccf@peralezfranzlaw.com
State Bar No. 00792514
Federal Id No. 20870
*Attorney in Charge*

Of Counsel:
**PERALEZ FRANZ LLP**
1416 Dove Ave.
McAllen, Texas 78504
Telephone No. (956) 682-3660
Facsimile No.  (956) 682-3848
Email: service@peralezfranzlaw.com

*ATTORNEYS FOR DEFENDANTS*
*JUAN W. CURLING and FRONTLINE*
*HOME SOLUTIONS, LLC*

1

**CERTIFICATE OF SERVICE**

On this 28th day of May 2026, a true and correct copy of foregoing instrument was served upon the following:

_____
Chris Franz