**CERTIFIED MAIL**

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
1701 W. BUS. HWY. 83, STE. 1011
**MCALLEN, TEXAS 78501**

**OFFICIAL BUSINESS**



7017 2620 0000 3171 8401

MAILED FROM TX 785
FIRST-CLASS MAIL

**US POSTAGE** IMI PITNEY BOWES

ZIP 78501
02 7H
0006020986

$ 010.44⁰

MAY 14 2026

Juan Winston Curling
423 North 13th St.
Donna, TX 78537



JUN 08 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

78537-281723
78501>5176

NIXIE    782    DE 1    0006/05/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 78501517861    *1638-04936-16-22

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

ROSALINDA MAGANA

v.                                          Case Number: 7:24−cv−00384

TRISMART SOLAR LLC, et al.

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Juan F Alanis**

**PLACE:**

    Bentsen Tower
    1701 W. Hwy. 83
    McAllen, Texas 78501

**DATE:**    5/28/2026

**TIME:**    01:15 PM

**TYPE OF PROCEEDING:**  Show Cause Hearing

Date:   May 13, 2026

Nathan Ochsner, Clerk
by N. Campos, Deputy Clerk