**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| ROSALINDA MAGANA | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 7:24−cv−00384 |
| | § | |
| | § | |
| TRISMART SOLAR LLC, et al. | § | |
| | § | |

# Notice of Reassignment

      This case is reassigned to the docket of United States District Judge John GE Marck pursuant to General Order No. 2026−11.

      Magistrate Judge referrals, court settings before the Magistrate Judge, and deadlines in scheduling orders remain in effect. Court settings before the former District Judge are canceled.

Date: August 3, 2026

Nathan Ochsner, Clerk