United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action No. 7:24-cv-00384** |
| | § | |
| **TRISMART SOLAR LLC, et al.,** | § | |
| *Defendants.* | § | |

**ORDER**

It is hereby **ORDERED** that this matter is set for an in-person Status Conference on October 15, 2026, at 1:00 PM.

SIGNED on September 21, 2026.

**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**