**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES** | § | |
| | § | |
| **V.** | § | |
| | § | **CIVIL ACTION 7:24-CV-00384** |
| **TRISMART SOLAR, LLC, JUAN WINSTON CURLING, FRONTLINE HOME SOLUTIONS LLC, and SUNLIGHT FINANCIAL, LLC** | §<br>§<br>§<br>§ | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE DISTRICT JUDGE:

NOW COME, ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES ("Plaintiffs") and Defendants FRONTLINE HOME SOLUTIONS LLC and JUAN W. CURLING (collectively, the "Parties"), submit this Joint Notice of Settlement and respectfully state as follows:

The Parties have herein reached a settlement in this matter that resolves all matters in dispute between the Parties. The Parties are currently finalizing the settlement terms and payment. The Parties anticipate filing a Joint Motion to Dismiss with Prejudice within 30 days of the date of this notice.

Respectfully submitted,

CHRIS FRANZ
ccf@peralezfranzlaw.com
State Bar No. 00792514
Federal Id No. 20870
*Attorney in Charge*

Of Counsel:
**PERALEZ FRANZ LLP**
1416 Dove Ave.
McAllen, Texas 78504
Telephone No. (956) 682-3660
Facsimile No. (956) 682-3848
Email: service@peralezfranzlaw.com

*ATTORNEYS FOR DEFENDANTS JUAN W. CURLING and FRONTLINE HOME SOLUTIONS, LLC*

AND

By: */s/ Brandon A. Kinard*
Brandon A. Kinard
State Bar No. 24079744
S.D. Tex. Bar No. 2707742
service@kgslawpllc.com
KGS LAW
150 W. Parker Rd., Ste.705-B
Houston Texas 77076
281-962-7772
281-962-7773 Fax
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

On this 15th day of October 2026, a true and correct copy of foregoing instrument was served upon the following:

Chris Franz