**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 7:24-cv-00384** |
| | § | |
| **TRISMART SOLAR LLC, et al.,** | § | |
| | § | |
| ***Defendants.*** | § | |

**PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

This is notice that the following counsel will be appearing in this case on behalf of Plaintiffs, Rosalinda Magana and Arturo Magana-Paredes, through KGS Law PLLC. Their contact information is:

1. Adelyn R. Torres-Macias
State Bar No. 24115833
S.D. Tex. Bar No. 3678451
Hector Salinas
State Bar No. 24051696
S.D. Tex. Bar No. 3876890
Khalid R. Aboujamous
State Bar No. 24143556
S.D. Tex. Bar No. 3900317
150 W Parker Road, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No. (281) 962-7773
E-Service and Correspondence:
service6@kgslawpllc.com
service4@kgslawpllc.com
service8@kgslawpllc.com

The counsel identified above are members in good standing with the State Bar of Texas and are admitted to practice in the Southern District of Texas.

Respectfully Submitted,

**KGS LAW GROUP**

By: _/s/ Adelyn R. Torres-Macias_
Adelyn R. Torres-Macias
State Bar No. 24115833
Carlos A. Saldaña
State Bar No. 24086403
Brandon A. Kinard
State Bar No. 24079744
Abraham Garcia
State Bar No. 24078005
Hector Salinas
State Bar No. 24051696
Khalid R. Aboujamous
State Bar No. 24143556
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No. (281) 962-7773
E-Service and Correspondence Email:
service@kgslawpllc.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record and/or parties on October 16, 2026, pursuant to the Federal Rules of Civil Procedure.

_/s/ Adelyn R. Torres-Macias_
**Adelyn R. Torres-Macias**