United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA,** ***et al.*****,** *Plaintiffs,* | § § | |
| **vs.** | § § § | **Civil Action No. 7:24-cv-00384** |
| **TRISMART SOLAR LLC,** ***et al.*****,** *Defendants.* | § § § § | |

**ORDER TO SHOW CAUSE**

On October 15, 2026, the Court held an In-Person Status Conference. When the Court called the case, counsel for the plaintiffs appeared, but defendant Trismart Solar, LLC, failed to appear before the Court. Accordingly, the Court hereby **ORDERS** defendant Trismart Solar, LLC, and its counsel of record to appear before the Court on October 27, 2026, at 10:30 AM and show cause why they should not be sanctioned for failure to appear. FED. R. CIV. P. 16(f). Should defendant Trismart Solar, LLC, and its counsel of record fail to appear, they may be subject to sanctions, default, or both.

It is SO ORDERED.

SIGNED on October 16, 2026.



**JOHN A.E. MARCK**
**UNITED STATES DISTRICT JUDGE**