▶▶▶ Pull

FedEx Express

# Attention Sender

## THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):

- ☐ Refused by recipient:
- ☑ Recipient moved and left no forwarding address or phone number.
- ☐ Recipient was not in when we attempted delivery, and we were not authorized to leave shipment without a signature.
- ☐ Recipient's address on your shipment was incorrect and/or incomplete, and we were unable to obtain the correct address.
- ☐ A P.O. box number was the only address given or obtainable.
- ☐ We were unable to collect C.O.D. charges.
- ☐ Shipper requested return:
- ☐ Shipment returned if...
- ☐ Other:

Questions? Go to our website at fedex.com. Call 1.800.GoFedEx 1.800.463...

215-4518
ETP 3
SP PD 92 Y
4786 MON 10/26/17 51
1701 W US HIGHWAY 83
MCALLEN,TX
78501-5194 99

35

356-8559
77073-6100-00
HOUSTON,TX
4722 THU 10/22 05:29
600 NORTHPARK CENTRA
SP:PD:92:Y
ETP 1

00100

FedEx Express Package US Airbill

FedEx Tracking Number 8184 0424 0102

Form ID No. 0215

1 From
Date
Sender's Name
Phone 956 618-8065
Company UNITED STATES DISTRICT COURT
Address 1701 W BUSINESS HWY 83
Dept./Floor/Suite/Room
City MCALLEN State TX ZIP 78501-5178

2 Your Internal Billing Reference

3 To
Recipient's Name
Phone
Company
Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept./Floor/Suite/Room
Address
Use this line for the HOLD location address or for continuation of your shipping address.
City Houston State TX ZIP

Hold Weekday
FedEx location address
REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address
REQUIRED. Available ONLY for FedEx Priority Overnight...

8184 0424 0102

4 Express Package Service

Next Business Day
- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

2 or 3 Business Days
- ☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
- ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

Packages up to...

5 Packaging *Declared value limit $500.
☐ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☐ Other

6 Special Handling and Delivery Signature Options
☐ Saturday Delivery NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☐ Direct Signature — Someone at recipient's address may sign for delivery.

Does this shipment contain dangerous goods?
One box must be checked.
☐ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes
Restrictions apply for dangerous goods — see the current...

7 Payment Bill to:

fedex.com 1.800.GoFedEx 1.800.463.3339

U.S. Patent No. 9950848
©2021 FedEx 158396 REV 3/21

Scan to learn how we can help make Earth a priority together.

WED - 21 OCT AA
STANDARD OVERNIGHT
77073
IAH

FedEx
TRK# 0215 8184 0424 0102

43 MIFA

26

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA,** ***et al.,*** | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 7:24-cv-00384** |
| | § | |
| **TRISMART SOLAR LLC,** ***et al.,*** | § | |
| ***Defendants.*** | § | |
| | § | |
| | § | |

**ORDER TO SHOW CAUSE**

On October 15, 2026, the Court held an In-Person Status Conference. When the Court called the case, counsel for the plaintiffs appeared, but defendant Trismart Solar, LLC, failed to appear before the Court. Accordingly, the Court hereby **ORDERS** defendant Trismart Solar, LLC, and its counsel of record to appear before the Court on October 27, 2026, at 10:30 AM and show cause why they should not be sanctioned for failure to appear. FED. R. CIV. P. 16(f). Should defendant Trismart Solar, LLC, and its counsel of record fail to appear, they may be subject to sanctions, default, or both.

It is SO ORDERED.

SIGNED on October 16, 2026.

JOHN A.E. MARCK
UNITED STATES DISTRICT JUDGE

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1701 W. BUS. HWY. 83, STE. 1011
MCALLEN, TEXAS 78501

OFFICIAL BUSINESS

**Timothy Richards Allen**
TriSMART Solar, LLC
600 Northpark Central Drive
Suite 140
Houston, TX 77073