**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROSALINDA MAGANA AND ARTURO MAGANA-PAREDES,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 7:24-cv-00384** |
| | § | |
| **TRISMART SOLAR LLC, et al.,** | § | |
| | § | |
| ***Defendants.*** | § | |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs submit this Status Report in light of the Court's request to do so during October 27, 2026, Show Cause hearing:

**Status of Litigation**

Plaintiffs and Defendant Frontline Home Solutions have reached an adequate settlement between the parties and intend to file the appropriate dismissal paperwork in the near future.

On October 15, 2026, the Court held an In-Person Status Conference. Defendant TriSMART Solar LLC did not appear. The Court subsequently ordered TriSMART Solar to show cause for its failure to appear on October 27, 2026. Defendant TriSMART Solar did not appear for the October 27, 2026, hearing to show cause for its failure to appear.

Plaintiffs have attempted to confer with TriSMART Solar's CEO, Mark Bench, but have not received a substantive response regarding settlement or otherwise. Plaintiffs now intend to move for summary judgment against Defendant TriSMART Solar. Plaintiffs will require reasonable time to prepare the motion and the evidence.

Accordingly, Plaintiffs respectfully request that the Court provide them until December 18,2026, at the earliest, to file their motion for summary judgment against Defendant TriSMART Solar.

**KGS LAW PLLC**

By: /s/ *Brandon A. Kinard*
Brandon A. Kinard
State Bar No. 24079744
S.D. Tex. Bar No. 2707742
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No. (281) 962-7773
E-Service and Correspondence
Email: service@kgslawpllc.com
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record and/or parties on November 25, 2026, pursuant to pursuant to the Federal Rules of Civil Procedure.

/s/ *Brandon A. Kinard*
**BRANDON A. KINARD**